FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COBRA 28 NO. 7,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARRIS FAMILY TRUST, et al.,<br><br>　　　　　Defendants. | No. CV 13-06823-UA<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

　　　The Court will remand this "Complaint for Unlawful Detainer," Case No. 13UA1066, to state court summarily because Defendant removed it improperly.

　　　On September 16, 2013, Defendant Isac Laushaul, Sr., who is not a named party in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

　　　Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendant does not

competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see <u>Exxon Mobil Corp v. Allapattah Svcs., Inc.</u>, 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites "limited jurisdiction", which means that the amount in controversy is less than $25,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. See 28 U.S.C. §§ 1331, 1441(b).

Accordingly, **IT IS ORDERED** that (1) this matter be **REMANDED** to the Superior Court of California, Los Angeles County, Lancaster Courthouse, 42011 4th Street West, Lancaster, California 93534 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: 10/1/13

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE